UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKE BATTLE,

            Plaintiff,

v.

INTERNATIONAL STORAGE, et al.,

           Defendants.

CASE NO. C18-0944-RSM

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff's application to proceed *in forma pauperis* (IFP) is incomplete. (Dkt. 1.) Plaintiff did not answer several questions on the form and did not date either the IFP application or the Written Consent for Payment of Costs portions of the form. Plaintiff is directed to submit a completed IFP application within **twenty (20) days** of the date of this Minute Order. Failure to comply may result in denial of the application to proceed IFP and/or dismissal of this matter.

DATED this 2nd day of July 2018.

                                WILLIAM M. MCCOOL, Clerk

                                By:   s/ Paula McNabb
                                       Deputy Clerk