UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKE WESLEY BATTLE,

    Plaintiff,

    v.

WAYNE JAWNER, *et al.*,

    Defendants.

CASE NO. C18-0944 RSM

ORDER OF DISMISSAL

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

*Pro Se* Plaintiff Mike Wesley Battle filed his Complaint on July 17, 2018, and appeared to allege that he was wrongly arrested and jailed after his girlfriend reported an allegedly false domestic violence incident. Dkt. #6. He states that he was held in jail for three weeks without a hearing and then released. *Id.* He further asserts that he was the victim of discrimination when he was jailed, and when he was subsequently evicted from his apartment. *Id.* He states that he suffers severe depression as a result. *Id.*

On July 18, 2018, the Court directed Plaintiff to file an amended complaint demonstrating both jurisdiction before this Court and that his claims are not frivolous. Dkt. #7. The Court further directed Plaintiff to file an Amended Complaint on the appropriate Court form. *Id.*

More than 21 days have passed since the Court issued its Order and Plaintiff has failed to respond. Accordingly, this matter is DISMISSED without prejudice.

MINUTE ORDER
PAGE - 1

The Clerk shall send a copy of this Order to Mr. Battle at the address identified on the Court's docket.

DATED this 29th day of August, 2018.

                                          WILLIAM McCOOL, Clerk

                                          By:    /s/ Paula McNabb
                                                       Deputy Clerk